IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KWAN DESHAUN ENGRAM
ADC #116023                                                                                           PETITIONER

VS.                                   5:07CV00187 SWW/JTR

LARRY NORRIS, Warden,
Arkansas Department of Corrections                                                      RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (docket entry #2) is DENIED, and this case is DISMISSED, WITHOUT PREJUDICE.

Dated this 17th day of July, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE