IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KWAN DESHAUN ENGRAM
ADC #116023                                                                                               PETITIONER

VS.                                             5:07CV00187 SWW/JTR

LARRY NORRIS, Warden,
Arkansas Department of Corrections                                                        RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this 17th day of July, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE